**Order entered July 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01516-CR
No. 05-12-01517-CR

**KELLY MACK LAMBETH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 219-80060-2012, 219-80495-2012**

## ORDER

On May 9, 2013, this Court ordered appellant to file his brief in these appeals by June 14, 2013. To date, appellant has neither filed his brief nor communicated with the Court regarding the status of the brief. We have already adopted a finding that appellant s indigent and is represented by court-appointed counsel.

Accordingly, we **ORDER** appellant to file his brief by **JULY 15, 2013**. If appellant's brief is not filed by the date specified, we will order Tim Avery removed as appellant's appointed attorney and will order the trial court to appoint new counsel to represent appellant in the appeals.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/     DAVID EVANS
           JUSTICE